■ DIANE E. MARKS, as Administratrix of the Estate of MINNIE S. MARKS, Deceased, Appellant, v KINGSBROOK RADIOLOGY, P. C., et al., Respondents, et al., Defendant. [699 NYS2d 866] —Order, Supreme Court, New York County (Stanley Sklar, J.), entered December 1, 1998, which granted defendants-respondents' motions to dismiss the complaint for failure to prosecute, unanimously affirmed, without costs.

The complaint, which alleges that defendants failed to diagnose the decedent's cancer in timely fashion, was properly dismissed for failure to submit an affidavit of merit by a medical expert in response to the motions to dismiss (*see, Mosberg v Elahi,* 80 NY2d 941). We note that plaintiff also failed to provide a reasonable excuse for her unreasonable delay in prosecuting the action between July 1991, when she served her bills of particulars, and July 1997, when, seven months after service of the first CPLR 3216 notice, her attorney moved to withdraw. Concur—Sullivan, J. P., Rosenberger, Nardelli, Williams and Friedman, JJ.

■ PARAMOUNT ADJUSTMENT CO., INC., Plaintiff, v HOME INSURANCE COMPANY, Defendant and Third-Party Plaintiff-Respondent. JORGE A. PENA et al., Third-Party Defendants-Appellants. [699 NYS2d 866] —Order, Supreme Court, New York County (Edward Lehner, J.), entered October 28, 1998, which, to the extent appealed from, denied third-party defendants' motion to dismiss the third-party complaint for lack of personal jurisdiction, unanimously affirmed, without costs.

As the motion court found, third-party defendants, although non-New York domiciliaries, were subject to the jurisdiction of New York courts since they purposefully transacted business in this State (*see,* CPLR 302 [a]) by having representatives perform business activities here on their behalf, which activities were substantially related to the subject matter of the third-party action (*see, Kappas v T.W. Kutter, Inc.,* 192 AD2d 402; *see also, Kreutter v McFadden Oil Corp.,* 71 NY2d 460, 466-467). Concur—Sullivan, J. P., Rosenberger, Nardelli, Williams and Friedman, JJ.